

FILED

12/22/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0181

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0181

_____

IN RE THE MARRIAGE OF:

ALIA DAY FLOREN,

      Petitioner and Appellee,

v.

JAVIER BAUTISTA-SCHEUBER,

      Respondent and Appellant.

_____

FILED

DEC 2 2 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until January 26, 2022, within which to file his reply brief.

No further extensions will be granted.

DATED this 21st day of December, 2021.

For the Court,

_____
Chief Justice